IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CREON D. FAISON,

    Petitioner,

v.                        CASE NO. 4:13cv540-RH/CAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DENYING THE PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is denied." The clerk must close the file.

SO ORDERED on March 10, 2016.

                        s/Robert L. Hinkle
                        United States District Judge